# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2019

## NO. 03-19-00116-CR

**Gary A. Dunn, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, TRIANA
## DISMISSED FOR WANT OF JURISDICTION ON MOTION FOR REHEARING --
## OPINION BY JUSTICE TRIANA

This is an appeal from the judgment of conviction rendered by the trial court. This Court's opinion and judgment dated March 26, 2019, are withdrawn. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.